# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT LAS CRUCES)

Before the Honorable Gregory B. Wormuth

## ARRAIGNMENT/DETENTION

| | | | |
|---|---|---|---|
| Case Number: | CR 25-1075 GBW | UNITED STATES vs. FLORES-PENALOZA | |
| Hearing Date: | 5/7/2025 | Time In and Out: | 10:32 – 10:37 A.M. (1 MIN) |
| Courtroom Deputy: | K. SOLIS | Digital Recording: | SIERRA BLANCA |
| Defendant: | JOSE OMAR FLORES-PENALOZA | Defendant's Counsel: | VICTORIA TRULL |
| AUSA: | JAMES DICKENS | Pretrial/Probation: | SISSY RICHARDSON |
| Interpreter: | CAROLINA DURAN | | |

### Proceedings

- ☐ First Appearance by Defendant
- ☐ Defendant waived appearance at Arraignment
- ☒ Defendant received a copy of charging document
- ☒ Defendant questioned re: time to consult with attorney regarding penalties
- ☒ Defendant waives reading of Information
- ☒ Defendant enters a Not Guilty plea
- ☒ Motions due by: 5/28/2025
- ☒ Parties agree Standing Discovery Order to be electronically entered
- ☐ Discovery Order previously entered
- ☐ Discovery Order not entered; parties to confer pursuant to Rule 16.1(a) within 14 days
- ☐ Case assigned to:
- ☒ Trial will be scheduled by presiding judge (if necessary)
- ☒ Counsel to notify Court if Defendant wishes to proceed to trial or plea
- ☐ Defendant waives Detention Hearing

### Custody Status

- ☒ Defendant detained as a FLIGHT RISK
- ☐ Conditions

### Other

- ☐