AO 86A (Rev. 01/09) Consent to Proceed Before a Magistrate Judge in a Misdemeanor Case

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>Jose Omar Flores-Penaloza<br>_____<br>*Defendant* | )<br>)<br>) Case No.  25-mj-01043-GBW<br>)<br>) |

**CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE**

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

X _____*Omar*_____
*Defendant's signature*

**Waiver of a Right to Trial by Jury**

I waive my right to a jury trial.

X _____*Omar*_____
*Defendant's signature*

The United States consents to the jury-trial waiver: _____*Elizabeth Tonkin*_____
*Government representative's signature*

Elizabeth Tonkin, Special Assistant U.S. Attorney
*Government representative's printed name and title*

**Waiver of a Right to Have 30 Days to Prepare for Trial**

I waive my right to have 30 days to prepare for trial.

X _____*Omar*_____
*Defendant's signature*

Victoria Trull
*Printed name of defendant's attorney (if any)*

_____*[signature]*_____
*Signature of defendant's attorney (if any)*

Date: 5/9/2025        Approved by: _____
*Magistrate Judge's signature*