

**GOVERNMENT'S EXHIBIT 1**