IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 25-CR-01075-GBW |
| | ) | |
| vs. | ) | |
| | ) | |
| **JOSE OMAR FLORES-PENALOZA**, | ) | |
| | ) | |
| Defendant. | ) | |

## UNITED STATES' WITNESS LIST

The United States submits this list of witnesses that it may call during its case-in-chief at trial. The United States reserves the right to file a Witness List should additional witnesses become necessary.

1. Arturo Muñoz, U.S. Border Patrol Agent
2. Demetrios Campbell, U.S. Border Patrol Agent
3. Dustin Watson, U.S. Border Patrol Agent
4. Kendrek Staheli, U.S. Border Patrol Agent
5. David Alvidrez, U.S Border Patrol Agent

    Respectfully submitted,

    RYAN ELLISON
    United States Attorney

    *Electronically Filed 6/13/25*
    ELIZABETH TONKIN
    Special Assistant United States Attorney
    RANDY CASTELLANO
    Assistant United States Attorney
    200 N. Church Street
    Las Cruces, NM 88011
    (575) 522-2304

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record on this date.

*__Electronically Filed 6/13/25__*
ELIZABETH TONKIN
Special Assistant United States Attorney