IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CRIMINAL NO. 25-CR-1075-GBW |
| vs. | ) | |
| **JOSE OMAR FLORES-PENALOZA** | ) | |
| Defendant. | ) | |

## UNITED STATES' EXHIBIT LIST

The United States hereby submits the attached list of exhibits for the convenience of the Court and counsel. The United States seeks permission to amend the exhibit list if additional exhibits are realized in the course of trial preparation and trial, or to renumber for logistical reasons.

| EX. NO. | DESCRIPTION OF EXHIBIT | ADMITTED? |
|---|---|---|
| 1 | Map with Highway 2 | |
| 2 | Agent Body Camera Video | |
| 2A | Agent Body Camera Video Clip (2:00-3:10) | |
| 3 | I-214 (Advisement of Rights) | |
| 4 | G-166C (Sworn Statement) | |
| 5 | DOI order-7963 | |
| 6 | Assignment of Withdrawn Lands for Use of National Defense Areas | |

| EX. NO. | DESCRIPTION OF EXHIBIT | ADMITTED? |
|---|---|---|
| 7 | Memorandum for Record Regarding Fort Huachuca NMNDA | |
| 8 | Metal NDA sign | |
| 9 | NDA sign photo | |
| 10 | NDA sign photo | |
| 11 | NDA sign photo | |

Respectfully submitted,
RYAN ELLISON

*/s/ Electronically filed 6/13/2025*_____
ELIZABETH TONKIN
Special Assistant United States Attorney
RANDY CASTELLANO
Assistant United States Attorney
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record on this date.

*/s/ Electronically filed 6/13/2025*_____
ELIZABETH TONKIN
Special Assistant United States Attorney