IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                            No. 25CR1075 GBW

JOSE OMAR FLORES-PENALOZA,

    Defendant.

## **DEFENDANT'S EXHIBIT LIST**

COMES NOW, the Defendant Jose Omar Flores-Penaloza, by and through his attorneys, Victoria Trull and Amanda Skinner, Assistant Federal Public Defenders, and without waiving the right to introduce different, additional exhibits or supplement the list, hereby submits the attached list of exhibits that he may offer to be used during the trial in this matter.

                                          Respectfully submitted,

                                          FEDERAL PUBLIC DEFENDER
                                          506 S. Main St., Suite 400
                                          Las Cruces, NM  88001
                                          (575)527-6930

                                          Electronically filed on 06/13/2025
                                          */s/ Victoria Trull*
                                          Victoria Trull
                                          Amanda Skinner
                                          Assistant Federal Public Defenders
                                          Attorneys for Jose Omar Flores-Penaloza

## *UNITED STATES v. JOSE OMAR FLORES-PENALOZA*
No. 25CR1075 GBW

Defendant's Exhibit List

| Exhibit No. | Description of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| A | HSI Memorandum of Investigation Sworn Statement for Flores-Penaloza USBP Agent Demetrios Campbell Form G166C Disclosed by Government on 05/21/25 | | | | |
| B | HSI Memorandum of Investigation USBP Agent Kendrek Staheli Form G166C Disclosed by Government on 05/21/25 | | | | |
| C | Map (Labeled 006_Map) Disclosed by Government on 05/27/25 | | | | |
| D | NM NDA Map Disclosed by Government on 06/10/25 | | | | |
| E | Zoomed NDA Map | | | | |
| F | Google Map with Latitude/Longitude 31°19'56.7"N 109°02'08.5 W | | | | |
| G | Google Map Distance between Douglas, AZ & AZ/NMN Stateline | | | | |
| H | Google Map Distance of CBP – Douglas POE & AZ/NM Stateline | | | | |
| I | Map Google Earth_Gap in Border Wall | | | | |
| J | Sunrise and Sunset Data for April 29, 2025 April 30, 2025 | | | | |
| K | Axon_Body_4_Video 2025-04-30_D01AE2860 Video Clip: 2:14:04 – 3:17:06 Disclosed by Government on 05/21/25 | | | | |
| Demonstrative Exhibit | | | | | |
| L | Interactive Map | | | | |